UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KATHLEEN JOYCE,<br><br>     Plaintiff<br><br>     v.<br><br>LOUIS DeJOY,<br>United States Postmaster General,<br><br>     Defendant | No. 2:23-cv-00030-JAW |

**DEFENDANT'S NOTICE OF INTENT
TO MOVE FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Local Rule 56(h)(2), and this Court's scheduling order, Defendant Louis DeJoy, in his official capacity as Postmaster General of the United States Postal Service, provides this notice of intent to file a motion for summary judgment in the above-captioned case. Defendant intends to seek summary judgment on all operative claims asserted by Plaintiff in her Complaint (ECF No. 1).[1]

---

[1] Plaintiff's pro se complaint attempted to advance claims under Title VII, the Family and Medical Leave Act ("FMLA"), the Age Discrimination in Employment Act ("ADEA"), the Fair Labor Standards Act ("FLSA"), and the Whistleblower Protection Act ("WPA"). After judicial review, only the Title VII, ADEA, and WPA claims were permitted to proceed. Defendant moved to dismiss the WPA claim because the USPS is not subject to the WPA. (ECF No. 20). That motion remains pending, and thus, at present, the Title VII, ADEA, and WPA claims remain.

Accordingly, pursuant to Local Rule 56(h), Defendant respectfully requests that the Court issue the appropriate procedural order regarding the need for a pre-filing conference.

Dated:  March 12, 2024

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

By:   */s/ Trevor H. Taniguchi*
Trevor Taniguchi
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Trevor.Taniguchi@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system.

    A service copy of the foregoing was also sent to the following:

Kathleen Joyce
45 Winn Road
Falmouth, ME 04105

                                DARCIE N. MCELWEE
                                United States Attorney

         by:     */s/ Grace Herrick*
                      GRACE HERRICK
                      Paralegal Specialist

  on behalf of:  TREVOR H. TANIGUCHI
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      100 Middle Street
                      Portland, Maine 04101
                      (207) 780-3257
                      trevor.taniguchi@usdoj.gov